# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JULIE-ANNE DENTICI,** | } |
| **Plaintiff,** | } |
| v. | } Case No.: 2:17-cv-01159-RDP |
| **GOLDWYNN FESTIVAL CENTER LLC,** et al., | } |
| **Defendants.** | } |

## ORDER OF DISMISSAL

In accordance with the parties' Joint Stipulation of Dismissal (Doc. # 12), filed February 26, 2018, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees.

**DONE** and **ORDERED** this February 26, 2018.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE